R. Sam Hopkins, Chapter 7 Trustee
Correspondence email:  samhopkins@cableone.net
P.O. Box 3014
Pocatello, ID 83206-3014
Telephone:  (208) 478-7978
FAX:  (208) 478-7976

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re:

**Steven Wallwork**                                   Case No.: 19-40124-JMM

Chapter 7

_____  DEBTORS (S)

## TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION AND OPPORTUNITY TO OBJECT AND FOR A HEARING

| Notice of Trustee's Objection to Claim of Exemption and Opportunity to Object and for a Hearing |
| --- |
| No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within thirty (30) days of the date of service of this notice.<br><br>If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.<br><br>Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.<br><br>Hearing on Objection. The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing. |

TO THE ABOVE NAMED COURT, THE DEBTOR, AND DEBTOR'S ATTORNEY:

### **NOTICE**

   **You are hereby notified** that the trustee of the above estate objects to the following exemption(s) claimed by the debtor(s) in this proceeding:

| Description | Law | Value |
| --- | --- | --- |
| 132 W 14th St, Idaho Falls, ID | IC 55-1003, IC 55-1113 | $100,000 |

## **OBJECTION**

**Objection(s) is made on the following grounds:**

1) Exemption should be disallowed pursuant to 11 USC §522 (o), as Debtor is claiming an exemption to retain funds that would otherwise be un-exempt

Dated: April 12, 2019

/S/  R. Sam Hopkins

R. SAM HOPKINS, TRUSTEE

## **CERTIFICATE OF MAILING**

I hereby certify that on April 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals with the term "ECF" noted next to their name.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) listed below.

/s/ Amber Williams

Amber Williams, Case Administrator

U.S. TRUSTEE, ECF
Steven Wallwork, 132 W 14th St, Idaho Falls, ID 83402
Aaron J. Tolson, ECF
Thomas D. Smith, ECF